[No. 26493-9-III. Division Three. July 31, 2008.]

CHRISTIE SANFORD, *Appellant*, v. WILLIAM LANDS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 07-2-00064-6, Allen Nielson, J., entered September 13, 2007. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 26549-8-III. Division Three. July 31, 2008.]

TOMKINS-FLOWERS, LLC, *Appellant*, v. COUNTERPOINT DESIGN & DEVELOPMENT, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 06-2-00901-1, Donald W. Schacht, J., entered October 2, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 26625-7-III. Division Three. July 31, 2008.]

BONNIE ANTHIS, *Individually and as Personal Representative, Respondent*, v. WALTER WILLIAM COPLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-2-02157-3, Robert G. Swisher, J., entered November 7, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 58352-2-I. Division One. August 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD ADAM PEBLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-01846-0, Michael S. Spearman, J., entered May 10, 2006. *Affirmed* by unpublished per curiam opinion.